Ben Wesley HICKS *v.* STATE of Arkansas

CR 98-353                                              974 S.W.2d 472

Supreme Court of Arkansas
Opinion delivered September 24, 1998

*Tamra Barrett,* for appellant.

No response.

PER CURIAM. The motion of Tamra Barrett, counsel for Ben Wesley Hicks, to withdraw as counsel is granted. Attorney George Spence is appointed to represent the appellant. The clerk is directed to set a new briefing schedule for the appeal.

Motion granted; counsel appointed.